IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )                4:05CR3052
          v.                    )
                                )
RICHARD T. RICHARDSON,          )
                                )                ORDER
                Defendant.      )
                                )

          IT IS ORDERED:


     The pretrial services officer shall investigate the

defendant's oral proposal for change in conditions of release and

make a report to the court and counsel as soon as practicable.


     DATED this 5th day of October, 2005.


                         BY THE COURT

                         s/ David L. Piester
                         David L. Piester
                         United States Magistrate Judge