IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3052 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RICHARD T. RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that Defendant Richardson's sentencing is rescheduled to Tuesday, December 20, 2005, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

November 8, 2005.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge